IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CV-195-H

BENJAMIN L. DOYLE, SR., )
　　　　　　　　　　　　　　)
　　　Plaintiff, 　　　　　　)
　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)
　　v. 　　　　　　　　　　　)
　　　　　　　　　　　　　　) **ORDER**
　　　　　　　　　　　　　　)
DEPARTMENT OF VETERAN 　　　)
AFFAIRS, et al., 　　　　　　)
　　　　　　　　　　　　　　)
　　　Defendants. 　　　　　　)

This matter is before the court on plaintiff's application to proceed in forma pauperis. United States Magistrate Judge Kimberly A. Swank filed a Memorandum and Recommendation ("M&R") recommending that plaintiff's motion to proceed *in forma pauperis* be denied and that plaintiff be required to tender to the clerk the requisite filing fee. Plaintiff has filed no objections to the M&R, and the time for doing so has expired.

A full and careful review of the M&R and other documents of record convinces the court that the recommendation of the magistrate judge is, in all respects, in accordance with the law and should be approved. Accordingly, the court adopts the recommendation of the magistrate judge as its own. For the reasons

stated therein, plaintiff's *pro se* application to proceed *in forma pauperis* is denied. Plaintiff shall have until July 30, 2018 to pay the filing fee.

This 17th day of July 2018.

                                Malcolm J. Howard
                                Senior United States District Judge

At Greenville, NC
#26